UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KATE LINDSEY,<br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>*Commissioner of Social Security Administration,*<br>    Defendant. | **JUDGMENT**<br><br>Case No. 2:20-CV-50-KS |

## Decision by Court.

This action came before United States Magistrate Judge Kimberly A. Swank for consideration of the Consent Motion to Remand Case to the Commissioner.

**IT IS ORDERED, ADJUDGED AND DECREED** the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability.

This judgment filed and entered on May 28, 2021, with electronic service upon:

Robert Gillikin, *Counsel for Plaintiff*
W. Everett Lupton, Counsel for Plaintiff
Elisa Donohoe, *Counsel for Defendant*

                                                **PETER A. MOORE, JR.**
                                                CLERK, U.S. DISTRICT COURT

DATE: May 28, 2021            /s/ *Shelia Foell*
                                      (By): Shelia Foell, Deputy Clerk of Court