UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| KATE LINDSEY, ) | |
|     Plaintiff, ) | |
| ) | **JUDGMENT** |
| v. ) | |
| ) | Case No. 2:20-CV-50-KS |
| KILOLO KIJAKAZI,, ) | |
| *Commissioner of Social Security*, ) | |
|     Defendant. ) | |
| ) | |

**DECISION BY THE COURT.**

**IT IS ORDERED, ADJUDGED AND DECREED**

Upon stipulation and agreement of the parties, it is ORDERED that Defendant pay to Plaintiff $5,500.00, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff shall be compensated for the filing fee of $400.00 from the Treasury Judgment Fund.

This judgment filed and entered on 9/10/2021, with service upon the following:

**Robert W. Gillikin**
**W. Everett Lupton**
*Plaintiff's counsel*
*electronically served*

**Cassia W. Parson**
*Defendant's counsel*
*electronically served*

                                **PETER A. MOORE, III**
                                CLERK, U.S. DISTRICT COURT

Date: 9/10/2021                              /s/ *Shelia D. Foell*
                                                                                 Deputy Clerk of Court